IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02516-BNB

ROBERT GREENWOOD,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2009

GREGORY C. LANGHAM
                      CLERK

## ORDER OF DISMISSAL

Plaintiff, Robert Greenwood, currently is incarcerated at the El Paso County Detention Facility in Colorado Springs, Colorado. He initiated this action by submitting to the Court *pro se* a letter. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on October 26, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Greenwood to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The October 26, 2009, order pointed out that Mr. Greenwood failed either to pay the $350.00 filing fee or to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The October 26 order also pointed out that Mr. Greenwood failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Greenwood that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Greenwood

has failed within the time allowed to cure the deficiencies listed in the October 26 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of December, 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02516-BNB

Robert Greenwood
El Paso County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/15/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk